UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :
SHINANO KENSHI CORP., et al.,                :
                                   Plaintiffs,      :           22 Civ. 3704 (LGS)
                                                       :
                        -against-                       :                <u>ORDER</u>
                                                       :
HONEYWELL INTERNATIONAL INC.,     :
                                          Defendant.     :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an initial conference was held on July 20, 2022, to set a discovery schedule and to discuss Defendant's proposed motion to dismiss (the "Motion"). It is hereby

        **ORDERED** that, by **August 8, 2022**, Defendant shall answer the amended complaint or file the Motion, which shall be briefed according to the following schedule:

- By **August 8, 2022**, Defendant shall file the Motion with a memorandum of law, not to exceed 25 pages.

- By **August 29, 2022**, Plaintiffs shall file their opposition, not to exceed 25 pages.

- By **September 8, 2022**, Defendant shall file its reply in support of the Motion, not to exceed 10 pages.

The parties shall comply with this Court's Individual Rules in filing the Motion and supporting papers. It is further

        **ORDERED** that the Case Management Plan and Scheduling Order will issue separately. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

Dated: July 20, 2022
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                                UNITED STATES DISTRICT JUDGE