

November 21, 2022

> The Order issued November 14, 2022, directed the parties to submit the names of any deponents, their roles in the underlying dispute, and a date agreeable to counsel and the witness for their depositions. The parties have not done so.
>
> By **December 9, 2022**, the parties shall file an additional letter with the requested information. The deposition dates will be incorporated into the Case Management Plan and Scheduling Order. So Ordered.
>
> Dated: November 22, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Shinano Kenshi Corp. et al. v. Honeywell Int'l Inc.*, Case No. 22 CV 3704 (LGS)

Dear Judge Schofield:

Pursuant to the Court's Letter Order dated November 14, 2022 (Dkt. No. 34), Plaintiffs Shinano Kenshi Corporation and Shinano Kenshi Co., Ltd. (collectively referred to as "Plaintiff") and Defendant Honeywell International Inc. ("Defendant"), respectfully submit this joint letter to update the Court regarding deposition scheduling.

Both parties have circulated the names of deponents on their respective sides who they believe have information most relevant to the parties' dispute and offered deposition dates for those persons. The roles of each of the persons has been outlined in the parties' respective initial disclosures and subsequent discovery responses. Both parties have also requested dates for the depositions of persons that they wish to depose and intend to meet and confer regarding those depositions to the extent the names do not fully overlap with those persons for whom dates have been provided. Finally, the parties intend to further meet and confer to finalize dates, locations for the depositions, and whether the depositions will be conducted remotely or in person.

To the extent the parties do not reach an understanding on those and certain other discovery issues, they will raise these disputes in a joint letter by December 9, 2022, as they interpret the Court's November 14 letter to require.

We thank the Court for its attention to these matters.

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Respectfully Submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Spencer Persson*
Spencer Persson
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel: (213) 633-6800
spencerpersson@dwt.com

*Counsel for Plaintiffs Shinano Kenshi Corporation and Shinano Kenshi Co., Ltd.*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Lisa A. Herbert*
Lisa A. Herbert
330 Madison Avenue, 27th Floor
New York, New York 10017
Telephone: (212) 913-9000
Email: lisa.herbert@nelsonmullins.com

Erika C. Birg (*admitted pro hac*)
Avery G. Carter (*admitted pro hac*)
201 17th Street NW | Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6165
Email: erika.birg@nelsonmullins.com
Email: avery.carter@nelsonmullins.com

*Counsel for Defendant Honeywell International Inc.*