```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SHINANO KENSHI CORP., et al.,                                 :
                                                              :
                                   Plaintiffs,                :    22 Civ. 3704 (LGS)
                                                              :
               -against-                                      :    ORDER
                                                              :
HONEYWELL INTERNATIONAL, INC.,                                :
                                                              :
                                   Defendant.                 :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 10, 2022, the parties filed a joint letter requesting an extension of discovery deadlines. An Order issued November 14, 2022, granted the parties' request. That Order directed the parties to file a joint letter regarding any discovery dispute requiring judicial resolution by December 9, 2022. It further requires the parties to submit the names of any deponents and a date for their depositions agreeable to counsel and the witness.

WHEREAS, on December 9, 2022, the parties filed the required letter. It is hereby

**ORDERED** that the Case Management Plan and Scheduling Order is amended. The following depositions shall be taken on the following dates:

Sawato Aizeki – February 7, 2023

Mayumi Dabbay – February 9, 2023

Nick Lauro – February 10, 2023

Anil Kumar – February 14, 2023

Alex Grigorow – February 16, 2023

Tex Moseri – February 17, 2023

Alban Gousett – February 20, 2023

Michael Benson – March 3, 2023

      Plaintiff Shinano Kenshi Corp.'s Rule 30(b)(6) witness – March 14, 2023

      Plaintiff Shinano Kenshi Co., Ltd.'s Rule 30(b)(6) witness – March 15, 2023

      Defendant's Rule 30(b)(6) witness – March 17, 2023

Notwithstanding the parties' statement regarding the reservation of rights to amend or modify these dates, these deposition dates may not be changed without judicial approval. An Amended Case Management Plan and Scheduling Order will issue separately. It is further

      **ORDERED** that in the status letter due **December 14, 2022,** the parties shall state a firm date for the deposition of Maria Adriana Vazquez, agreeable to counsel for both parties and the witness, for incorporation into the case management plan. It is further

      **ORDERED** that Defendant shall produce documents related to the categories of information specified in Section II(b) of the parties' letter, for the reasons stated in Plaintiffs' portion of that Section. The parties shall meet and confer in good faith to narrow the scope of the request to minimize any burden on Defendant that is disproportionate to the relevance of the information, provided that the parties shall confer in light of the Court's holding that the three categories of information listed are relevant to Plaintiffs' claims. It is further

      **ORDERED** that Plaintiff's request for a conference is **DENIED** as moot. To the extent the parties have further disputes in need of judicial resolution relating to document production, they shall file a joint letter on ECF promptly and with sufficient time to meet existing discovery deadlines.

Dated: December 12, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE