

Suite 2400
865 South Figueroa Street
Los Angeles, CA 90017-2566

**Spencer Persson, Partner**
(213) 633-6800 tel
spencerpersson@dwt.com

December 14, 2022

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*The parties shall file a joint letter regarding deposition scheduling of the deposition of Maria Vasquez and any further deponents, as contemplated in the endorsed letter, when any such depositions are scheduled. So Ordered.*

*Dated: December 15, 2022*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *Shinano Kenshi Corp. et al. v. Honeywell Int'l Inc.*, Case No. 22 CV 3704 (LGS)

Dear Judge Schofield:

Pursuant to the Court's Order dated December 12, 2022 (Dkt. No. 39), Plaintiffs Shinano Kenshi Corporation and Shinano Kenshi Co., Ltd. (collectively referred to as "Plaintiff") and Defendant Honeywell International Inc. ("Defendant"), respectfully submit this joint letter to the Court regarding deposition scheduling and document production.

**I.   Depositions**

On December 12, 2022, the Court ordered the parties to provide a firm date for the deposition of Maria Adriana Vazquez. Dkt. No. 39. Defendant maintains its intention to represent Ms. Vazquez, but, despite reasonable efforts, has been unable to contact her. On December 14, 2022, Defendant provided Plaintiff with Ms. Vazquez's last known contact information and Plaintiff will also endeavor to get in touch with Ms. Vazquez. The parties will update the court with a firm date for the deposition as soon as either party ascertains Ms. Vazquez's availability.

In addition to the depositions identified in the parties' joint letter (Dkt. No. 38) and incorporated by the court (Dkt. Nos. 39, 40), the parties reserve the right to take additional depositions to the extent additional relevant personnel are identified in the course of reviewing the ongoing document productions or taking presently scheduled depositions. Should this be necessary, the parties will promptly update the Court.

**II.   Document Production**

The parties continue to make progress with their document production. Both parties anticipate completing their document production on or before the January 6, 2023 deadline. Additionally, the parties have met and conferred pursuant to the court's December 12, 2022 order (Dkt. No. 39) that certain categories of information are relevant to this action and discussed burden concerns raised by Defendant.

Respectfully Submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Spencer Persson*
Spencer Persson
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel: (213) 633-6800
spencerpersson@dwt.com

Mohammad B. Pathan
Kimberly Saindon
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Tel: (212) 489-8230
mohammadpathan@dwt.com
kimsaindon@dwt.com
*Counsel for Plaintiffs Shinano Kenshi*
*Corporation and Shinano Kenshi Co., Ltd.*


NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Lisa A. Herbert*
Lisa A. Herbert
330 Madison Avenue, 27th Floor
New York, New York 10017
Telephone: (212) 913-9000
Email: lisa.herbert@nelsonmullins.com

Erika C. Birg (*admitted pro hac*)
Avery G. Carter (*admitted pro hac*)
201 17th Street NW | Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6165
Email: erika.birg@nelsonmullins.com
Email: avery.carter@nelsonmullins.com
*Counsel for Defendant Honeywell International Inc.*