UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHINANO KENSHI CORP., et al.,

                              Plaintiffs,        22 Civ. 3704 (LGS)

            -against-                  ORDER

HONEYWELL INTERNATIONAL, INC.,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on August 8, 2022, Defendant filed a motion to dismiss the Complaint in its entirety.

       WHEREAS, on February 13, 2023, the parties filed a joint letter regarding the progress of discovery, which is ongoing. The letter described various disputes regarding document discovery and requested an extension of discovery, for the purpose of taking at least three additional depositions. It is hereby

       **ORDERED** that all discovery is **STAYED**, sine die, pending adjudication of the motion to dismiss. The parties are under no obligation to conduct discovery pending further order from the Court.

Dated: February 22, 2023
       New York, New York

                                                            LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE