UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHINANO KENSHI CORP., et al.,

                       Plaintiffs,            22 Civ. 3704 (LGS)

        -against-                       ORDER

HONEYWELL INTERNATIONAL INC.,

                     Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on February 14, 2024. It is hereby

      **ORDERED** that the parties shall file a proposed amended Case Management Plan and Scheduling Order by **February 16, 2024.**

Dated: February 14, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE